The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>      v. <br> JULIE SHIPE, <br>               Defendant. | NO. CR21-5183RAJ <br><br> STIPULATED ORDER FOR RESTITUTION |

The Court, having found that in conjunction with her acceptance into the District's Drug Reentry Alternative Model ("DREAM") program, Defendant Julie Shipe signed a plea agreement dated November 16, 2021, in which she agreed to pay restitution in the amounts identified in the table below:

| VICTIM | AMOUNT |
|---|---|
| FB | $530.46 |
| KS | $2,770.95 |
| MM | $1,009.95 |
| MS | $860.28 |
| TS | $8,024.02 |
| JW | $461.00 |
| **TOTAL** | **$13,656.66** |

STIPULATED RESTITUTION ORDER
*United States v. Shipe*, CR21-5183RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 Defendant further agreed that the restitution amounts were due and payable immediately; and that Defendant will commence payment of restitution pursuant to a schedule established by the U.S. Probation Office.

IT IS HEREBY ORDERED that Defendant shall make restitution payments to the identified victims as directed by the U.S. Probation Office during Defendant's participation in the DREAM program with any remaining balance due and payable at such time as Defendant successfully completes the DREAM program or is terminated from such program. Any unpaid amount is to be paid during Defendant's participation in the DREAM program, to the extent of being financially able, in monthly installments as determined and directed by U.S. Probation. Interest on the restitution shall be waived. All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to the victims as follows:

| VICTIM | AMOUNT |
|---|---|
| FB | $530.46 |
| KS | $2,770.95 |
| MM | $1,009.95 |
| MS | $860.28 |
| TS | $8,024.02 |
| JW | $461.00 |
| **TOTAL** | **$13,656.66** |

Any restitution payments distributed by the Clerk during the pendency of Defendant's participation in the DREAM program shall be made on a pro-rata basis.

//
//
//
//
//
//

STIPULATED RESTITUTION ORDER
United States v. Shipe, CR21-5183RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | IT IS FURTHER ORDERED that Defendant begin making restitution payments as outlined above immediately.

DATED 19th day of November 2021.

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

*/s/ James D. Oesterle*
JAMES D. OESTERLE
AMY JAQUETTE
Assistant United States Attorneys

Agreed as to form:

*/s/ Corey Endo*
COREY ENDO
Counsel for Defendant

STIPULATED RESTITUTION ORDER
*United States v. Shipe,* CR21-5183RAJ -3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970